The relief described hereinbelow is SO ORDERED.

Signed May 28, 2014.

                                              Ronald B. King
                                   United States Chief Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-60401 |
| | § | |
| SHAMEKIA LANETTE LAWSON | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

### ORDER GRANTING MOTION TO REDEEM PERSONAL PROPERTY
### (AAFES/Take It Home Today)

Before the Court is the Debtor's Motion to Redeem Personal Property from AAFES/Take It Home Today (the "Motion"). The Debtor served this creditor with a copy of the Motion. However, the creditor did not file a response in opposition to the Motion. Pursuant to 11 U.S.C. §722, the Debtor seeks to redeem a child's bedroom set and dining room table and chairs (the "Furniture") purchased from AAFES and financed through Take It Home Today by paying

to Take It Home Today the value of the Furniture, which the Debtor assert in her affidavit is now worth $700.00. This Motion has merit and should be granted. It is therefore

ORDERED, that the Furniture, which is the subject of the Motion, may be redeemed by the Debtor for the sum of $700.00, as long as the Debtor pays this amount to Take It Home Today within thirty (30) days from the date of this Order.

###

This order was prepared and is being submitted by:
ERIN B. SHANK, P.C.

By: */s/ Erin B. Shank/*
Erin B. Shank
Texas State Bar Number 01572900
ERIN B. SHANK, P.C.
1902 Austin Avenue
Waco, TX 76701
(254) 296-1161
(254) 296-1165 fax

ATTORNEY FOR THE DEBTOR